# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4034

_____

United States of America,         *
                                 *

                Appellant,       *
                                   *

      v.                            *
                                   *

Henry Shields Him, Jr.,       *
                                   *

                Appellee.        *

                                            Appeals from the United States
  _____                      District Court for the District
                                            of South Dakota.

No. 98-4062

  _____                           [UNPUBLISHED]

United States of America,         *
                                   *

                Appellant,       *
                                   *

      v.                            *
                                   *

Byron G. In The Woods,       *
                                   *

                Appellee.        *

_____

Submitted:  May 11, 1999
Filed:  May 20, 1999

_____

Before McMILLIAN, HEANEY, and FAGG, Circuit Judges.

_____

PER CURIAM.

On appeal, the Government contends the district court improperly rejected its postjudgment motions for restitution in Henry Shields Him, Jr.'s and Byron G. In The Woods's cases. Having searched the record and considered the parties' submissions, we reject the Government's contentions. Having consolidated the cases for the purpose of appeal, we affirm the district court in each case. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.